UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STANDLY NORWOOD | CIVIL ACTION |
| VS. | NO. 16-7524 |
| LIFE INS. CO. OF NORTH AMERICA | SECTION: A (1) |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

NOW INTO COURT, through the undersigned counsel comes the Plaintiff, Standly Norwood, who respectfully amends the Complaint herein in the following particulars which are designated herein in bold and italics for emphasis as to the specific amended part(s) or subpart(s).

### V.  CLAIMS

*9.  Plaintiff further claims that defendant disregarded medical information which it received prior to denying the Plaintiff's claim from Social Security Disability—a benefit for which Plaintiff qualified and received and these reports are deemed as "independent" medical source(s).*

*10.  Plaintiff likewise asserts that according to the Administrator's File received pursuant to Defendant's Initial Disclosures on January 17, 2017, the defendant knew the Plaintiff's claim had been initially misreported and that the Plaintiff's claim consisted of both physical and mental components, not just a mental component.*

*11.  Defendant did not correct the misreported claim in its investigation, but simply overlooked medical record evidence regarding the Plaintiff's physical disability and denied the LTD.*

*12.  Plaintiff states that after review of the Administrator's File, defendant disregarded medical information it received from Plaintiff's health care providers after defendant erroneously determined that Plaintiff's claim was for mental disabilities, exclusively.*

*13. Plaintiff states that the denial of his LTD was not based on even a minimal amount of objective evidence which could, should or would exclude the Plaintiff's physical medical condition and claim, even if the defendant's medical consultants were conflicted and bias.*

*14. The defendant's determination to deny the Plaintiff's LTD consisted of one line from a vocational rehabilitation witness, whose report is not included in the Administrative File, to the effect that "defendant needed to conduct some physical medical testing" to determine the Plaintiff's functionality.*

*15.. The Plaintiff further asserts that defendant did not even request him to undergo any physical functionality testing but simply stated in its file that "the Plaintiff could stand, stoop and bend to some extent" and therefore Plaintiff was not functionally impaired to qualify for his LTD.*

*16. The Plaintiff asserts that defendant was investigated for the use of the same denial methods for LTD claimants in six other states in 2013 and 2014—the same time the defendant was making its determination in the instant case—and that defendant was subject to a class action agreement after six states' commissioners found against defendant's practices.*

*17. The Plaintiff is therefore claiming his individual right to file this action against the defendant for its use of the same denial practices which were used by defendant in the class action and in this case and which practices lead and led to an ultimate denial of LTD regardless of the condition of the Plaintiff (claimant).*

## VI. LIABILITY

*6. The Plaintiff prays that the above amended parts and subparts are included in his original Complaint in full measure and to the same extent as if same were incorporated in the initial Complaint at the time said Complaint was filed.*

*7. The Plaintiff prays that that all other parts and subparts of his Complaint which were not amended herein, but which are contained in the initial Complaint are likewise incorporated in the First Amended Complaint.*

*8. Alternatively, the Plaintiff prays that if the defendant is not ordered to pay him for all of his losses that defendant is ordered to open a new claim in order to properly assess the Plaintiff's physical medical condition and eligibility for LTD.*

        Respectfully submitted:

        *Margaret Hammond Jackson*
        Margaret Hammond Jackson #14338
        Counsel for Plaintiff, Standly Norwood
        1527 Gause Boulevard
        Slidell, LA  70458
        Mobile:  228-363-2475
        Email:  mjacksony@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of January, 2017 the above pleading has been filed with the Clerk of Court by using ECF/CM which will send an electronic notice of this filing to all counsel of record.

        *Margaret Hammond Jackson*