## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STANDLY NORWOOD** | * | **CIVIL ACTION NO. 16-07524** |
| | * | |
| **VERSUS** | * | **JUDGE JAY C. ZAINEY** |
| | * | |
| **CIGNA INSURANCE COMPANY AND PARENT COMPANY/SUBSIDIARY** | * * | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## O R D E R

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this 13th day of March, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE